**Affirm and Opinion Filed March 3, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00838-CV**

**CHERYL YOUNG, Appellant**
**V.**
**DALLAS COUNTY ET AL., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-19-01116**

# MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Miskel
Opinion by Justice Miskel

Cheryl Young appeals pro se from a default judgment in favor of several local government entities. Young presents a general plea for assistance and fair treatment from the court system. However, unfortunately, Young's brief lacks any of the required content for an appellant's brief, including a list of issues, any discussion of the facts of the case, or any legal reasoning. *See* TEX. R. APP. P. 38.1.

An appellant's brief must concisely state all issues presented for review and must contain a clear, concise argument for the contentions made, with appropriate citations to authorities and to the record. *In re S.V.*, 599 S.W.3d 25, 41 (Tex. App.—

Dallas 2017, pet. denied). We may not make a party's argument for her. *Id.* "Bare assertions of error, without argument or authority, waive any error." *Id.*

Because Young's brief is inadequate, the appellate rules prevent us from considering the substance of her case. We therefore affirm the trial court's judgment.

/Emily Miskel/
EMILY MISKEL
JUSTICE

210838F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CHERYL YOUNG, Appellant

No. 05-21-00838-CV      V.

DALLAS COUNTY ET AL.,
Appellees

On Appeal from the 44th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. TX-19-01116.
Opinion delivered by Justice Miskel.
Justices Molberg and Pedersen, III
participating.

In accordance with this Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

It is **ORDERED** that appellees DALLAS COUNTY ET AL. recover their costs of this appeal from appellant CHERYL YOUNG.


Judgment entered this 3rd day of March 2023.